UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICIO REYES HERNANDEZ, AR7908,

Petitioner,

v.

ROSEMARY NDOH, Warden,

Respondent.

Case No. 17-cv-06769-CRB (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order denying the petition for a writ of habeas corpus and denying a certificate of appealability, judgment is entered in favor of respondent and against petitioner.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: May 1, 2019

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICIO REYES HERNANDEZ,

Plaintiff,

v.

ROSEMARY NDOH,

Defendant.

Case No. 3:17-cv-06769-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mauricio Reyes Hernandez ID: AR 7908
Avenal State Prison 330-14-1 Low
PO Box 903
Avenal, CA 93204

Dated: May 1, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER

2